UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                                                        Case No. 18-13502-JNF

Jose L. Pacheco                                                       Chapter 13
       Debtor


RESPONSE TO MOTION OF U.S. BANK AS TRUSTEE OF THE CHALET SERVICE IV TRUST FOR RELIEF FROM THE AUTOMATIC STAY

The Debtor responds to U.S. Bank as Trustee of the Chalet Service IV Trust for Relief from the Automatic Stay as follows:

1. Admit.
2. Admit.
3. Admit.
4. Admit.
5. Admit.
6. Admit.
7. Admit.
8. Admit.
9. Admit.
10. Admit.
11. Admit.
12. Admit.

Wherefore, the Debtor understands Relief will be granted by filing this response.

    Respectfully submitted,
    Through counsel,

Dated: October 11, 2019    */s/Thomas C. Benner*
    Thomas C. Benner, Esq.
    Benner & Weinkauf, P.C.
    33 Samoset Street
    Plymouth, MA 02360
    (508) 746-8030
    BBO# 655483
    tbenner@tbennerlaw.com

CERTIFICATE OF SERVICE

      I, Thomas C. Benner, certify that on October 11, 2019, a true and accurate copy of the foregoing Response was served on the following parties via first class mail, postage pre-paid or electronically.

By electronic mail using Court's CM/ECF system:

John Fitzgerald, Esq., Office of the United States Trustee
Carolyn Bankowski, Esq., Chapter 13 Trustee
Adam Lewis, Esq., U.S. Bank

By regular mail, postage pre-paid:

Jose L. Pacheco
34 Saddlebrook Ter
Somerset, MA 02726

                                    */s/Thomas C. Benner*
                                    Thomas C. Benner, Esq.
                                    Benner & Weinkauf, P.C.
                                    33 Samoset Street
                                    Plymouth, MA  02360
                                    (508) 746-8030
                                    BBO# 655483
                                    tbenner@tbennerlaw.com