

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>JOSE L. PACHECO,<br>    Debtor | Ch. 13<br><br>18-13502-JEB |

### Order

**MATTER:**

#68 Motion filed by Creditor U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust as serviced by SN Servicing Corp. for Relief from Stay Re: 34 Saddlebrook Terrace, Somerset, MA 02726  (Lewis, Adam)

The Motion for Relief from the Automatic Stay of U.S. Bank Trust N.A., as Trustee of the Chalet Series IV Trust ("U.S. Bank") [#60] having come before me, due notice having been given, the Debtor having filed a response admitting the facts in the motion and no other objections having been filed, and good cause appearing to me therefor, it is hereby ORDERED that U.S. Bank, including its successors and assigns, is <u>granted</u> relief from the automatic stay provisions of 11 U.S.C. § 362 for the purpose of exercising its rights under its agreements with the Debtor, including foreclosing its mortgage, negotiating a settlement to the foreclosure action by accepting, at its sole option, a deed in lieu of foreclosure or by entering into a forbearance agreement, loan workout, loan modification or short sale with the Debtor, his heirs, successors, and/or assigns on the property located at 34 Saddlebrook Terrace, Somerset, MA, more particularly described in the Motion, and if necessary bringing eviction proceedings against the debtor, all in accordance with applicable state and federal law.

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge

Dated: 11/12/2019